1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DENA C. MOTT, ) | Case No. 1:16-cv-00322-DAD-BAM |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE STANDARD OF REVIEW BRIEFING SCHEDULE AND HEARING DATE** |
| vs. ) | |
| UNUM LIFE INSURANCE COMPANY ) OF AMERICA, ) | |
| Defendant. ) | |

The Court has reviewed the Joint Stipulation to Continue the Standard of Review Briefing Schedule and Hearing Date between Plaintiff Dena C. Mott and Defendant Unum Life Insurance Company of America. Generally, settlement discussions are not good cause to modify a scheduling order, but the Court will modify the order in this, in this limited manner, in the interests of justice and conservation of judicial resources.

Accordingly, IT IS HEREBY ORDERED that the following Standard of Review Briefing Schedule and Hearing date are continued as follows:

| Matter | Date |
|---|---|
| Opening Brief | From 08/19/2016 to 10/19/2016 |
| Responsive Brief | From 09/02/2016 to 11/02/2016 |
| Reply Brief | From 09/09/2016 to 11/09/2016 |
| Hearing | From 09/20/2016 at 9:30 a.m. to 11/22/2016 at 9:30 a.m. Judge Drozd in Courtroom 5 (DAD) |

All other dates in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:  **August 17, 2016**          /s/ *Barbara A. McAuliffe*  
                              UNITED STATES MAGISTRATE JUDGE