UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA C. MOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | No. 1:16-cv-00322-DAD-BAM<br><br>ORDER VACATING BRIEFING SCHEDULE AND HEARING DATES AND DIRECTING PARTIES TO FILE STIPULATION OF DISMISSAL WITHIN SIXTY DAYS<br><br>(Doc. No. 14) |

On October 19, 2016, plaintiff filed a "notice of settlement and request for administrative closure" in this action (Doc. No. 14.) Plaintiff represents that defendant authorized plaintiff to submit the notice of settlement. (*Id*. at 1.) Plaintiff "asks to the Court to administratively close this matter, subject to the right of any party to move the Court within 60 days for the entry of a stipulated form of dismissal with prejudice, or on good cause shown, to reopen the case for further proceedings." (*Id*.)

Defendant has filed an answer in this action (Doc. No. 5), and thus plaintiff may no longer voluntarily dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* FED. R. CIV. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The court therefore vacates

/////

/////

1

the briefing schedule and all future hearing dates and directs the parties within sixty days to either file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **October 27, 2016**

UNITED STATES DISTRICT JUDGE